SCWC-10-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOSEPH D. VILLIARIMO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000109; FC-CR. NO. 08-1-0035(4))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on June 7, 2013, is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by

the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, July 19, 2013.

Taryn R. Tomasa
for petitioner

Artemio C. Baxa
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

